Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MARQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT MERCANTILE AGENCY, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:16-cv-08854-TJH-JC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOW COME THE PARTIES** by and through their attorneys and hereby stipulate to dismiss this matter with prejudice as to the Named Plaintiff, and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Respectfully submitted this 27th day of September 2017

{Stip to Dismiss with and without (Class)_rev;1}   Stipulation to Dismiss- 1

1
2          By: s/Todd M. Friedman, Esq.
3             TODD M. FRIEDMAN
              Attorney for Plaintiffs
4
5          By: s/David J. Kaminski, Esq.
              David J. Kaminski
6             Attorney for Defendants
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{Stip to Dismiss with and without (Class)_rev;1}         Stipulation to Dismiss- 2

Filed electronically on this 27th day of September 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Terry J. Hatter, Jr.
Honorable Magistrate Judge Jacqueline Chooljian
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 27th day of September 2017

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN