1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MARQUEZ, individually and on behalf of all others similarly situated, | Case No. 2:16-cv-08854-TJH-JCx |
| Plaintiff, | **ORDER  [JS-6]** |
| vs. | |
| GRANT MERCANTILE AGENCY, INC., and DOES 1 through 10, inclusive, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 4TH day of October, 2017

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge